IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )        8:07CR412
                              )
         v.                   )
                              )
CHRISTIAN SANTANA-RUBIO,      )           ORDER
                              )
              Defendant.      )
_____)
```

This matter is before the Court on defendant's motion to restrict (Filing No. 66) and on his motion to continue trial (Filing No. 67). The Court notes defendant has filed a waiver of speedy trial (Filing No. 68). Accordingly,

IT IS ORDERED:

1) The motion to restrict is granted.

2) The motion to continue trial is granted; trial of this matter is rescheduled for:

**Monday, December 14, 2009, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Due to the schedule of counsel and the Court, and to give the parties time to pursue plea negotiations, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between September 14, 2009, and December 14, 2009, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 31st day of August, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court